(136 So. 842)

## Addison McDANIEL v. STATE.
### 8 Div. 337.

Supreme Court of Alabama.

Oct. 8, 1931.

Lynne & Lynne, of Decatur, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Addison McDaniel for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McDaniel v. State, 136 So. 841.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(136 So. 843)

## W. S. WILES & SON v. John S. WRIGHT.
### 8 Div. 327.

Supreme Court of Alabama.

Oct. 8, 1931.

See, also, 23 Ala. App. 328, 125 So. 64.

P. W. Shumate, of Guntersville, for petitioner.

J. A. Lusk, of Guntersville, for the State.

FOSTER, J.

Petition of W. S. Wiles & Son for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in W. S. Wiles & Son v. J. S. Wright, 136 So. 842.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(136 So. 838)

## H. L. BRISTOW v. STATE.
### 7 Div. 80.

Supreme Court of Alabama.

Oct. 8, 1931.

L. H. Ellis, of Columbiana, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of H. L. Bristow for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bristow v. State, 136 So. 837.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.